**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100



JUN 12 2008

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S INTERNET ADDRESS
marcgreenwald@quinnemanuel.com

June 11, 2008

**VIA MESSENGER AND FACSIMILE**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

Re:   *United States v. Aaron Callock, et al.*
      07 Cr. 500 (TPG)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

6/12/08    Part I

Dear Judge Griesa:

I represent defendant Dane Clarke and write respectfully to request a small modification of Mr. Clarke's bail conditions to allow him travel to Florida for one week to visit his parents and introduce them to their grandson. Both Mr. Clarke's pretrial services officer, Scott Kowal, and the Government consent to this application.

Mr. Clark's proposed dates of travel are from June 28 to July 5, 2008. Mr. Clarke has informed his Pretrial Services Officer Kowal of his itinerary and contact information in Florida.

Respectfully,

Marc L. Greenwald

cc:   AUSA Jenna Dabs (by facsimile)
      Pretrial Services Officer Scott Kowal (by facsimile).

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712