```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :

      -v.-                       :       NOLLE PROSEQUI
                                         07 Cr. 500 (TPG)
DANE CLARKE,                     :
    a/k/a "Hawk,"
                                 :
         Defendant.
                                 :
- - - - - - - - - - - - - - - - - -X

      1.   The filing of this nolle prosequi will dispose of this case against DANE CLARKE, the defendant.

      2.   On June 5, 2007, the Indictment in this case was filed, charging CLARKE, the defendant, with conspiring to traffic in firearms, in violation of Title 18, United States Code, Section 371.

      3.   Based on a review of the evidence in this case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, the Government has concluded that further prosecution of CLARKE would not be in the interests of justice.

4.  In light of the foregoing, we recommend that an order of <u>nolle prosequi</u> be filed as to defendant DANE CLARKE with respect to the Indictment.

_____
JENNA M. DABBS
Assistant United States Attorney
Tel.: (212) 637-2212

Dated:   New York, New York
         September 2, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant DANE CLARKE with respect to Indictment 07 Cr. 500 (TPG).

_____
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated:   New York, New York
         September 2, 2008

SO ORDERED:

_____
HON. THOMAS P. GRIESA
United States District Judge
Southern District of New York

Dated:   New York, New York
         September 16, 2008

2